UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WHITLEE J. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 7:20-CV-64-D** |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 33]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 25], DENIES defendant's motion for judgment on the pleadings [D.E. 30], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on August 17, 2021, and Copies To:**
Jonathan P. Miller                                                     (via CM/ECF electronic notification)
Lisa M. Rayo                                                              (via CM/ECF electronic notification)

DATE:                                                                            PETER A. MOORE, JR., CLERK
August 17, 2021                                                         (By) /s/ Nicole Sellers
                                                                                         Deputy Clerk