UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WHITLEE J. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 7:20-CV-64–D** |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $39,921.73, and refund to Plaintiff the smaller award ($13,400.00) between this amount and the EAJA award.

**This Judgment Filed and Entered on June 22, 2023, and Copies To:**
Jonathan P. Miller    (via CM/ECF electronic notification)
Lisa M Rayo          (via CM/ECF electronic notification)
Cassia W. Parson     (via CM/ECF electronic notification)

DATE:                          PETER A. MOORE, JR., CLERK
June 22, 2023              (By) /s/ Stephanie Mann
                                        Deputy Clerk